# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2020

160780(54)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DALLAS DAVID WALKER,
      Defendant-Appellant.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160780
COA: 343844
Grand Traverse CC:
17-012823-FC

      On order of the Court, the motion for reconsideration of this Court's May 26, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2020



Clerk

a0921